111 F.3d 127
 Robert D. Schaffer, Jr.
v.
James O. Kirkland, County Maintenance Mgr., Thomas Clauss,
Union Treasurer & Co-Worker, Terry Hemerly, Co-Worker,
Donald J. Snyder, Union Steward & Co-Worker, Charles Koenig,
Foreman, Allan J. Bevevino, Personnel Mgr., A.F.S.C.M.E.
Council 13, Labor Union, Pa. Dept. of Transportation, Howard
Yerusalim, Former Seretary of Pa. D.O.T., Dennis O'Leary,
Office of Inspector Genera, Staff, Karl E. Emerson, Peter J. Smith
 NO. 96-1821
 United States Court of Appeals,
Third Circuit.
 Mar 31, 1997
 
 Appeal From: E.D.Pa. ,No.96cv00369 ,
 Cahn, J.
 
 
 1
 Affirmed.